**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

WILMINGTON SAVINGS FUND
SOCIETY FSB AND GARY WARD,

: No. 671 MAL 2014
:
:

Respondents

: Petition for Allowance of Appeal from the
: Order of the Superior Court
:

v.

:
:
:

JACK COHEN,

:
:
:

Petitioner

:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.